UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RIVER CITIES CONSTRUCTION, LLC,<br><br>　　　　Defendant. | NO. CV-11-057-RHW<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED HEARING; CONTINUING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT** |

A telephonic scheduling conference was held on November 3, 2011. Plaintiff was represented by Dana Ferestien. Defendant was represented by Robert Hunter. Before the Court are Plaintiff's Renewed Motion for Summary Judgment (ECF No. 44) and Motion to Expedite (ECF No. 41).

This order memorializes the Court's oral ruling.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's Motion to Expedite (ECF No. 41) is **DENIED**.

2. The Court **continues** Plaintiff's Renewed Motion for Summary Judgment (ECF No. 44). Plaintiff will be permitted to refile and renote the motion after the necessary discovery has been completed.

///
///
///
///

**ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED HEARING; CONTINUING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT~ 1**

3. The scheduling conference will be reset after the Court rules on the Renewed Motion for Summary Judgment.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 4th day of November, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\aCIVIL\2011\Century Surety Company\cont.wpd

**ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED HEARING; CONTINUING PLAINTIFF'S RENEWED MOTION FOR SUMMARY JUDGMENT~ 2**