UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>RIVER CITIES CONSTRUCTION, LLC,<br><br>    Defendant. | NO. CV-11-057-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice, ECF No. 146. The parties stipulate and agree that all claims may be dismissed without an award of attorney's fees or costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice, ECF No. 146, is **GRANTED**.

2. The above-captioned case is **dismissed**, with prejudice, and without fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to counsel and **close the file**.

**DATED** this 1st day of February, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\RHW\aCIVIL\2011\Century Surety Company\dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1**